■ MICHAEL L. MONTEIRO et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 105524.) [755 NYS2d 911] —Appeal from an order of the Court of Claims (Midey, Jr., J.), entered July 5, 2002, which granted defendant's motion to dismiss the claim in lieu of answer.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims, Midey, Jr., J. Present—Green, J.P., Hurlbutt, Burns, Gorski and Hayes, JJ.